STATE OF INDIANA )
                 ) SS:
COUNTY OF ALLEN  )

IN THE ALLEN SUPERIOR COURT
SMALL CLAIMS DIVISION
1 West Superior St.
Fort Wayne, IN 46802
(260) 449-7936

**Plaintiff's Name (1):** MICHAEL G. FAUROTE
**Street Address:** 3314 VANTAGE POINT DRIVE APT. #3A
**City, State:** FORT WAYNE, INDIANA
**Zip Code:** 46825
**Email Address:** michaelfaurote@yahoo.com
**Telephone Number:** 452-6849

AGAINST

**Defendant's Name (1):** BANK OF AMERICA
**Street Address:** C/O CT CORPORATION SYSTEM, 150 W. MARKET ST. SUITE 800
**City, State:** INDIANAPOLIS, INDIANA
**Zip Code:** 46204
**Email Address:** N.A.
**Telephone Number:** (317) 352-3500

CASE NUMBER: 02D02-1703-SC-2946

Corporations See Instructions on Back of Form

# NOTICE OF _____ CLAIM

**Defendant's Name (2):**
**Street Address:**
**City, State:** **Zip Code:**
**Email Address:** **Telephone Number:**

and

| TYPE OF SERVICE REQUIRED: | TYPE OF CLAIM BEING FILED: | | PLAINTIFF(S) SEEKS JUDGMENT: |
|---|---|---|---|
| [X] CERTIFIED MAIL | ACCOUNT - CA | EVICTION (LANDLORD/TENANT) - EV | |
| [ ] SHERIFF | CONTRACT - CON | RETURN PERSONAL PROPERTY - RPL | In the sum of $ 5,804.00 |
| [ ] PRIVATE PROCESS | DAMAGES - CD | [X] OTHER - STAT | court costs of $ 96.00 |
| [ ] OTHER | DAMAGES (LANDLORD/TENANT) - CDLT | | for a total of $ 5,900.00 |

You have been sued by the individual(s) set forth above. A brief statement of the nature of the claim against you is as follows:

Violated requests for VALIDATION, DISPUTED CLAIM and failure to notify all credit reporting agencies 1) DEFAMATION 2) Negligent enablement of Identity FRAUD 3) Violation of the Fair Debt Collection Practices Act (including but not limited to Section 807-8)

**CAREFULLY READ THE INFORMATION ON THE REVERSE SIDE**

Attorney Preparing Notice of Claim _____ (_____) (Party Represented)
Street Address
City, State, Zip Code     Telephone Number
Email Address             Supreme Court ID Number

DATE: MAR 3 - 2017

This claim is set for hearing on the ~~ACCOUNTS~~ / TRIAL CALENDAR on May 18, 2017 at 9:00 A.M. at the Allen Superior Court Small Claims Division, 1 West Superior St., Fort Wayne, IN 46802.

_____
Plaintiff / Attorney / Counterclaimant

Robert A. Borgmann / KT
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS