AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICHAEL G. FAUROTE

           Plaintiff(s)

v.   **Civil Action No.**   1:17cv129

BANK OF AMERICA
           Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   This case is DISMISSED without prejudice

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge   Theresa L. Springmann on motion to dismiss

DATE:  12/6/17      ROBERT TRGOVICH, CLERK OF COURT

                                  by   s/Monica Clawson
                                    *Signature of Clerk or Deputy Clerk*